ORIGINAL

DKW

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 5 2020

at 4 o'clock and 07 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  CR20  00029 DKW |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| vs. | ) | [18 U.S.C. § 1956] |
| | ) | |
| ALEXANDER KRIVOULIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

INFORMATION

The U.S. Attorney charges:

<u>Laundering Monetary Instruments</u>
(18 U.S.C. § 1956)

On or about March 5, 2015, within the District of Hawaii, ALEXANDER KRIVOULIAN, the defendant, did knowingly conduct a financial transaction affecting interstate and foreign commerce, to wit tendering a business check #9003 in the amount of $1,850 drawn on an American Savings Bank account, which involved the proceeds of a specified unlawful activity, that is harboring illegal aliens in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), with the intent to promote the carrying on of specified unlawful activity, that is harboring illegal aliens, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

DATED: *February 25* , 2020, at Honolulu, Hawaii.

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MICHAEL NAMMAR
Assistant U.S. Attorney